IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CNG INTERNATIONAL and DOMINION TRANSMISSION, INC., | Civil Action No. 01-1393 |
| Plaintiffs, | Judge Gary L. Lancaster |
| v. | |
| POWER PARTNERS INTERNATIONAL, INC., | |
| Defendant. | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs CNG International and Dominion Transmission, Inc. and Defendant Power Partners International, Inc., by and through their respective counsel, hereby dismiss the above-captioned action, with prejudice. Pursuant to Rule 41(a)(1)(ii), this Stipulation of Dismissal is signed by or on behalf of all parties who have appeared in this action. Each party shall bear its own costs, attorneys' fees and expenses.

Respectfully submitted,                                   Respectfully submitted,

/s/ Kevin S. Batik                                              /s/ John Chesney by KSB with consent
Kevin S. Batik                                                    John Chesney
Pa. Id. No. 89209                                              Pa. Id. No. 24458
McGuireWoods LLP                                          Drinker, Biddle & Reath LLP
Dominion Tower, 23rd Floor                             One Logan Square
625 Liberty Avenue                                           18th & Cherry Street
Pittsburgh, Pennsylvania 15222                        Philadelphia, PA 19103
(412) 667-6000                                                 (412) 988-2700

Attorneys for Plaintiffs CNG International and    Attorneys for Defendant Power Partners
Dominion Transmission, Inc.                              International, Inc.

SO ORDERED, this 2nd day of Sept, 2006.

Gary L. Lancaster, U.S. District Judge